UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

USA

- against -

JUAN SANCHEZ PEREZ,

              Defendant.

-------------------------------------------------------X

16 Cr. 00605-06 (NSR)

ORDER ACCEPTING
PLEA ALLOCUTION

ROMÁN, D.J.:

The Court has reviewed the transcript of the August 25, 2017 plea allocution in the above-entitled case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable Paul E. Davison, United States Magistrate Judge, dated September 26, 2017, is approved and accepted.

SO ORDERED.

_____
Nelson S. Román
United States District Judge

Dated: White Plains, NY
       October 24, 2017

USDC ...
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/24/2017