UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA

16 CR 605-006 (NSR)

-against-

ORDER TO RETURN
CASH BAIL

JUAN SANCHEZ PEREZ

Defendant.

-------------------------------------------------------X

OFFICE OF THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

Wherefore, bail of the above defendant was fixed on 3/30/2017 by the Honorable Judith C. McCarthy, United States Magistrate Judge for the S.D.N.Y., in the amount of $150,000.00 Personal Recognizance Bond, to be secured by $5,000.00 in bank check with the Clerk of the Court, U.S.D.C. for the S.D.N.Y. for the appearance of the defendant before this court; and

Wherefore, $5,000.00 cash bail was paid and deposited by Ruben Galán Perez on 3/30/2017; and

Wherefore, the Defendant was sentenced by Hon. Nelson S. Román, United States District Judge on November 26, 2019 in S.D.N.Y. and no further proceedings are scheduled in the District Court of S.D.N.Y.;

**It is ordered** that the conditions of bail are terminated, and the Clerk of the Court is directed to return the cash bail deposit in the amount of $5,000.00 (Five Thousand Dollars) referenced herein to: Ruben Galán Perez, 699 Little Britain Rd, New Windsor, NY 12553.

Dated: Nov. 26, 2019
White Plains, New York

So Ordered

_____
Hon. Nelson S. Román
United States District Judge

ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/26/2019